LOGGED
2004 JAN 16 PM 3:19

1  Rod D. Margo (State Bar No.: 97706)
   Frank A. Silane (State Bar No.: 90940)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1801 Avenue of the Stars, Suite 1450
   Los Angeles, California 90067-5813
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5
   Attorneys for Defendant
6  SINGAPORE AIRLINES, LTD.

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2004
CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 23 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE

AIR CRASH AT TAIPEI, TAIWAN,
ON OCTOBER 31, 2000

Case No. 01-ML-1394-GAF

This Document Relates to:

HARALD LINKE
CASE NO. CV01-09104 GAF (RCx)

**STIPULATION FOR DISMISSAL;**
**[PROPOSED ORDER]**

Plaintiff, HARALD LINKE and defendant SINGAPORE AIRLINES LTD. ("SIA") hereby request that the above referenced action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41 (a)(1); with all parties to bear their own costs.

DATED: January 8, 2004

_____
BRIAN J. PANISH, ESQ.
KEVIN R. BOYLE, ESQ.
**GREENE, BROILLET, PANISH & WHEELER**
Attorney for plaintiff

STIPULATION FOR DISMISSAL; [PROPOSED ORDER]
CASE NO. CV01-09104 GAF (RCx)

50

DATED: January 15, 2004

[Signature]

ROD D. MARGO, ESQ.
FRANK SILANE, ESQ.
SCOTT D. CUNNINGHAM, ESQ.
**CONDON & FORSYTH LLP**
Attorneys for SINGAPORE AIRLINES

-2-

STIPULATION FOR DISMISSAL; [PROPOSED ORDER]
CASE NO. CV01-09104 GAF (RCx)

## ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-09104, an individual plaintiff case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

Dated: January 20, 2004

　　　　　　　　　　　　　Honorable Gary A. Fees
　　　　　　　　　　　　　United States District Court Judge

CONDON & FORSYTH LLP
1801 Avenue of the Stars, Suite 1450
Los Angeles, California 90067-5813
Telephone: (310) 557-2030

SCANNED

STIPULATION FOR DISMISSAL; [PROPOSED ORDER]
CASE NO. CV01-09104 GAF (RCx)

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 1450, Los Angeles, California 90067-5813. On January 15, 2004, I served the within documents:

STIPULATION FOR DISMISSAL; [PROPOSED ORDER]

[X] **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

[X] **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

[ ] **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

[ ] **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

Brian J. Panish, Esq.
Kevin R. Boyle, Esq.
Greene, Broillet, Panish & Wheeler
100 Wilshire Blvd., 21st Floor
Santa Monica, CA 90401
Fax: (310) 576-1220

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 15, 2004, at Los Angeles, California.

_____
Yedid Miranda

CONDON & FORSYTH LLP
1801 Avenue of the Stars, Suite 1450
Los Angeles, California 90067-5813
Telephone: (310) 557-2030

-4-
STIPULATION FOR DISMISSAL; [PROPOSED ORDER]
CASE NO. CV01-09104 GAF (RCx)